[21]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES ADKINS, | : |
| | : Civil Action No. 3:07-cv-00901 (FLW) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : **ORDER** |
| BRISTOL-MYERS SQUIBB COMPANY, | : |
| SANOFI-AVENTIS U.S. L.L.C., | : |
| SANOFI-AVENTIS U.S., INC., | : |
| SANOFI-SYNTHELABO, INC., | : |
| | : |
| Defendants. | : |

  **THIS MATTER** having been opened to the Court by Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. L.L.C., Sanofi-Aventis U.S., Inc., and Sanofi-Synthelabo, Inc., through counsel Michael A. Tanenbaum, Esq., seeking dismissal of the First Amended complaint of Plaintiff James Adkins ("Plaintiff") for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); Plaintiff, through his counsel Michele A. DiMartino, Esq., having submitted opposition thereto; the Court having considered the moving, opposition, and reply papers filed by the parties; this matter being considered pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion filed on this date, and for good cause shown;

  **IT IS** on this 30th day of December, 2009,

  **ORDERED** that Count VI of Plaintiff's First Amended Complaint, asserting a claim under Tennessee's Consumer Protection Act, is dismissed without prejudice; and it is further

**ORDERED** that Count V of Plaintiff's First Amended Complaint, i.e., the negligent misrepresentation claim, is dismissed without prejudice.

Dated: December 30, 2009

                                                              /s/   Freda L. Wolfson
                                                        **United States District Judge**